IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
UNITED STATES OF AMERICA
                          Plaintiff

      -vs-

JASON ZARTMAN

                       Defendant
------------------------------------------------

:
:
: CASE NO.   1:08CR100
:
:
:
:
:
: ORDER ACCEPTING GUILTY PLEA AND
: JUDGMENT AND NOTICE OF HEARING
:
:

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing of Jason Zartman which was referred to the Magistrate Judge with the consent of the parties.

      On 27 February 2008, the government filed a one-count indictment against Jason Zartman for receipt and distribution of child pornography in violation of 18 U.S.C. § 2552(A)(a)(2).  On 26 March 2008, a hearing was held in which Jason Zartman entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr.  On 26 January 2009, Magistrate Judge Vecchiarelli received Jason Zartman's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Jason Zartman is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The Guilty Plea is approved.

Therefore, Jason Zartman is adjudged guilty of Count One in violation of 18 U.S.C. § 2552A(a)(2).

Sentencing will be:

**5 March 2009 at 10:30 a.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated:    _18 Feb. 09_                    _____

UNITED STATES DISTRICT JUDGE

2